1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 ROMEO RIGHTEOUS HICKS,                **Case No. EDCV 21-0063 AB (RAO)**

12                   Plaintiff,

13           v.                          **JUDGMENT**

14 RAVEN GRETCHEN LEE,

15                   Defendant.

16

17      IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed.

18

19 DATED:  January 19, 2021

20      _____

21      ANDRÉ BIROTTE JR.
       UNITED STATES DISTRICT JUDGE

22
23
24
25
26
27
28